IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LUIS A. MONTANEZ,

      Appellant,

v.

DEPARTMENT OF
CORRECTIONS,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-1487

_____/

Opinion filed August 19, 2014.

An appeal from the Circuit Court for Columbia County.
Julian E. Collins, Judge.

Luis A. Montanez, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee; Jennifer Parker, General Counsel, and Beverly Brewster, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, ROWE, and MAKAR, JJ., CONCUR.